AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| MILBERG WEISS BERSHAD | § | 3-06CV1442-L |
| & SCHULMAN, L.L.P., | § | |
| JOHNSON & PERKINSON, and | § | |
| GIRARD GIBBS, L.L.P., | § | |
| | § | |
| Defendants. | § | |

### SUMMONS IN A CIVIL CASE

TO:   Defendant Johnson & Perkinson, 1690 Williston Road, South Burlington, Vermont, 05403.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys of record, Jeffrey M. Tillotson, P.C. and John Volney, at, 750 N. St. Paul Street, Suite 1400, Dallas, Texas 75201, an answer and Counterclaim to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

AUG 1 1 2006

_____         _____
CLERK                                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

(ISS-3)

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐ Returned unexecuted:


☐ Other (specify):


| STATEMENT OF SERVICE FEES |||
|---|---|---|
| Travel | Services | Total: |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on Date *Signature of Server Address of Server*


Executed on _____

               _____
               Signature of Server


               _____
               Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>MILBERG WEISS BERSHAD<br>& SCHULMAN, L.L.P.,<br>JOHNSON & PERKINSON, and<br>GIRARD GIBBS, L.L.P.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. _____<br>3-06CV1442-L |

## SUMMONS IN A CIVIL CASE

TO: Defendant Milberg Weiss Bershad & Schulman, L.L.P., One Pennsylvania Plaza, 49th Floor, New York, New York, 10119.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys of record, Jeffrey M. Tillotson, P.C. and John Volney, at, 750 N. St. Paul Street, Suite 1400, Dallas, Texas 75201, an answer and Counterclaim to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

AUG 1 1 2006

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:


☐ Returned unexecuted:


☐ Other (specify):


### STATEMENT OF SERVICE FEES

| Travel | Services | Total: |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on Date *Signature of Server Address of Server*


Executed on _____

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>MILBERG WEISS BERSHAD §<br>& SCHULMAN, L.L.P., §<br>JOHNSON & PERKINSON, and §<br>GIRARD GIBBS, L.L.P., §<br>§<br>Defendants. § | | Civil Action No. _____<br>**3-06CV1442-L** |

### SUMMONS IN A CIVIL CASE

TO:   Defendant Girard Gibbs, L.L.P., 601 California Street, Suite 1400, San Francisco, California 94018.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys of record, Jeffrey M. Tillotson, P.C. and John Volney, at, 750 N. St. Paul Street, Suite 1400, Dallas, Texas 75201, an answer and Counterclaim to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                              AUG 1 1 2006
_____                          _____
CLERK                                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service:* | |
| ☐ Served personally upon the defendant. Place where served: | |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: | |
| ☐ Returned unexecuted: | |
| ☐ Other (specify): | |
| **STATEMENT OF SERVICE FEES** | |
| Travel　　　　　　　Services　　　　　　　　　　　　　　　Total: | |
| **DECLARATION OF SERVER** | |
| 　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on Date *Signature of Server Address of Server* | |
| Executed on _____　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　　　　　　Signature of Server<br><br>　　　　　　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　　　　　　Address of Server | |

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.