IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STANLEY, MANDEL & IOLA, L.L.P.**, § | |
| § | |
| Plaintiff, § | |
| v.  § | Civil Action No. 3:06-CV-1442-L |
| § | |
| **MILBERG WEISS BERSHAD &** § | |
| **SCHULMAN, L.L.P., et al.**, § | |
| § | |
| Defendants. § | |

## ORDER

On August 11, 2006, Plaintiff filed a complaint in this case but did not provide the clerk with a certificate of interested persons. Local Civil Rule 3.1(f) requires that

> [w]hen a complaint is filed, the plaintiff must provide the clerk with . . . a separately signed certificate of interested persons that contains a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case. If a large group of persons or firms can be specified by a generic description, individual listing is not necessary.

Accordingly, no later than **August 24, 2006**, Plaintiff must comply with Rule 3.1(f) so that the court can ensure that recusal is not required in this case.

**It is so ordered** this 14th day of August, 2006.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page

Dockets.Justia.com