ORIGINAL

| RETURN OF SERVICE | 3:06CV1442 |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 14, 2006 |
| NAME OF SERVER (PRINT) Christopher J. Myron | TITLE Process Server |

*Check one box below to indicate appropriate method of service:*

☒ Served personally upon the defendant. Place where served: Girard Gibbs, L.L.P. 601 Califoria Street, Suite 1400, San Francisco, CA. 94108 By serving Chris Eandi, Director Of Operations Authorized To Accept Service.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 21 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### STATEMENT OF SERVICE FEES

| Travel | Services | Total: |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on Date Signature of Server Address of Server

Executed on 8/14/06

_____
Signature of Server

41 Sutter St. #1777, San Francisco, CA. 94104
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>MILBERG WEISS BERSHAD<br>& SCHULMAN, L.L.P.,<br>JOHNSON & PERKINSON, and<br>GIRARD GIBBS, L.L.P.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____<br><br>3-06CV1442-L |

### SUMMONS IN A CIVIL CASE

TO:   Defendant Girard Gibbs, L.L.P., 601 California Street, Suite 1400, San Francisco, California 94018.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys of record, Jeffrey M. Tillotson, P.C. and John Volney, at, 750 N. St. Paul Street, Suite 1400, Dallas, Texas 75201, an answer and Counterclaim to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

_____     AUG 1 1 2006
CLERK                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action