IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P. | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:06-CV-1442-L |
| MILBERG WEISS BERSHAD & SCHULMAN, L.L.P., JOHNSON & PERKINSON, and GIRARD GIBBS, L.L.P., | § § § § § § | ECF |
| Defendants. | § § | |

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(f), Plaintiff Stanley, Mandel & Iola, L.L.P, ("SMI") lists the following persons, associations of persons, firms, partnerships, corporations, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

**Plaintiff:**          Stanley, Mandel & Iola, L.L.P
                        3100 Monticello Avenue, Suite 750
                        Dallas, Texas  75205

**Plaintiff's Counsel:** Jeffrey M. Tillotson, P.C.
                        John Volney
                        Lynn Tillotson & Pinker, L.L.P.
                        750 N. St. Paul Street, Suite 1400
                        Dallas, Texas  75201

**Defendants:**         David Bershad
                        Milberg Weiss Bershad & Schulman, L.L.P.
                        One Pennsylvania Plaza, 49th Floor
                        New York, New York, 10119

Milberg Weiss Bershad & Schulman, L.L.P.
One Pennsylvania Plaza, 49th Floor
New York, New York, 10119

Dennis Johnson
Jacob Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, Vermont, 05403

Girard Gibbs, L.L.P.
601 California Street, Suite 1400
San Francisco, California 94018

Respectfully submitted,

_____
Jeffrey M. Tillotson, P.C.
Texas Bar No. 20039200
John Volney
Texas Bar No. 24003118
**LYNN TILLOTSON & PINKER, L.L.P.**
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEYS FOR PLAINTIFF,
STANLEY, MANDEL & IOLA, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served as shown below on counsel of record on this the 22nd day of August, 2006:

*Via First Class Mail*
David Bershad
Milberg Weiss Bershad & Schulman, L.L.P.
One Pennsylvania Plaza, 49th Floor
New York, New York, 10119

*Via First Class Mail*
Dennis Johnson
Jacob Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, Vermont, 05403

*Via First Class Mail*
Girard Gibbs, L.L.P.
601 California Street, Suite 1400
San Francisco, California 94018

_____
John Volney