Stanley, Mandel & Iola LLP v. Milberg Weiss Bershad & Schulman LLP et al.                    Doc. 8

Case 3:06-cv-01442     Document 8     Filed 08/23/2006     Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STANLEY, MANDEL & IOLA, L.L.P.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:06-cv-01442-L** |
| | § | **"ECF"** |
| **MILBERG WEISS BERSHAD** | § | |
| **& SCHULMAN, L.L.P.,** | § | |
| **JOHNSON & PERKINSON, and** | § | |
| **GIRARD GIBBS, L.L.P.,** | § | |
| | § | |
| **Defendants.** | § | |

---

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO**
**ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendants Milberg Weiss Bershad & Schulman, L.L.P., Johnson & Perkinson, and

Girard Gibbs, L.L.P. ("Defendants"), through their counsel, make this Unopposed Motion to

Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, and state as follows:

1.     On August 11, 2006, Plaintiff Stanley, Mandel & Iola, L.L.P. ("Plaintiff") filed its

Complaint against Defendants.

2.     On or about August 14, 2006 Defendants were served with summons in the above

action.

3.     Plaintiffs have requested, and Defendants do not oppose that Defendants be

granted until October 9, 2006, to file an answer or otherwise respond to Plaintiff's Complaint.

Based upon the above, Plaintiffs request that this Court extend the time for Defendants to

answer or otherwise respond to Plaintiff's Complaint until October 9, 2006.

Respectfully submitted,

/s/Stephen L. Hubbard
Stephen L. Hubbard
Bar No. 10140500
Robert W. Biederman
Bar No. 02301050
**HUBBARD & BIEDERMAN, LLP**
1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001
E-mail:  slhubbard@hblawfirm.com
E-mail:  rwbiederman@hblawfirm.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

On August 23, 2006, the undersigned, Robert W. Biederman, one of lawyers for Defendants had a telephonic conference with Jeffrey M. Tillotson, one of the lawyers for Plaintiff, who stated that he did not oppose the above Motion.

/s/Robert W. Biederman
Robert W. Biederman

## CERTIFICATE OF SERVICE

I hereby certify that on _____ I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following as service of this document by electronic means:

Jeffrey M. Tillotson, P.C.
LYNN TILLOTSON & PINKER, L.L.P.
750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
E-mail: jmt@lynnllp.com

/s/Stephen L. Hubbard
Stephen L. Hubbard