IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STANLEY, MANDEL & IOLA, L.L.P., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:06-CV-1442-L |
| § | ECF |
| MILBERG WEISS BERSHAD § | |
| & SCHULMAN, L.L.P., JOHNSON § | |
| & PERKINSON, and § | |
| GIRARD GIBBS, L.L.P., § | |
| § | |
| Defendants. § | |

## **ORDER**

This case is **transferred** from the docket of the Honorable Sam A. Lindsay to the docket of the Honorable Barefoot Sanders. This case shall henceforth carry the suffix letter "H." All future pleadings shall be filed accordingly.

**It is so ordered** this 23rd day of August, 2006.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page