IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STANLEY, MANDEL & IOLA, L.L.P.** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:06-cv-1442-H |
| § | |
| **MILBERG WEISS BERSHAD** § | |
| **& SCHULMAN, L.L.P.,** § | |
| **JOHNSON & PERKINSON, and** § | |
| **GIRARD GIBBS, L.L.P.,** § | |
| § | |
| Defendants. § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

This matter having come on to be heard on Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint;

IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED; and

IT IS FURTHER ORDERED that Defendants shall file and serve their response to Plaintiff's Complaint on or before October 10, 2006.

SIGNED this 24th day of August, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS