## "AGENCY" AFFIDAVIT

UNITED STATES DISWTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS TEXAS

STANLEY, MANDEL & IOLA, L.L.P.

VS.    INDEX #3-06cv1442-L

MILBURG WEISS BERSHAD & SCHULMAN, L.L.P., ET AL.

State of New York, County of New York, SS:

STANLEY ROLLERSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
    That on **AUGUST 14/06 AT 11:35 A.M.** at:
**ONE PENN PLAZA, 49TH FLOOR
NEW YORK, N.Y. 10119**  Deponent served the annexed:
**SUMMONS IN A CIVIL CASE,
PLAINTIFF'S ORIGINAL COMPLAINT,**

on **MILBERG WEISS BERSHAD & SCHULMAN, L.L.P.**
by delivering thereat a true copy M.J. QUINN (MANAGING ATTORNEY) personally.
    Deponent describes the individual served as follows:
Sex/Race(skin color): MALE/WHITE
Hair/ Approximate Age: BLOND/35-40 YRS.
Approximate height/Approximate weight: 6'0"/185 LBS.

474/
PS 8-06-31
sworn to before me this
18 day of August /06
UPDATE CLIENT
RETURN SERVICE COPY

JULIUS D. RINGELHEIM
NO. 01RI4887686
QUALIFIED IN N.Y. COUNTY
COMMISSION EXP. 3/23/07
NOTARY PUBLIC STATE OF N.Y.

J. Stanley Rollerson
Lic. No. 0873955

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
By_____
Deputy

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| MILBERG WEISS BERSHAD | § | **3-06CV1442-L** |
| & SCHULMAN, L.L.P., | § | |
| JOHNSON & PERKINSON, and | § | |
| GIRARD GIBBS, L.L.P., | § | |
| | § | |
| Defendants. | § | |

## SUMMONS IN A CIVIL CASE

TO: **Defendant Milberg Weiss Bershad & Schulman, L.L.P., One Pennsylvania Plaza, 49th Floor, New York, New York, 10119.**

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys of record, Jeffrey M. Tillotson, P.C. and John Volney, at, 750 N. St. Paul Street, Suite 1400, Dallas, Texas 75201, an answer and Counterclaim to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

AUG 1 1 2006

_____     _____
CLERK                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

**\*\* SEE ATTACHED \*\***
**\*\*\* AFFIDAVIT \*\*\***

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| Travel | Services | Total: |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on Date *Signature of Server Address of Server*

Executed on _____

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.