IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, LLP | * | |
| | * | |
| Plaintiff | * | |
| v | * | Civil Action No. 3:06-CV-1442-H |
| | * | |
| MILBERG WEISS BERSHAD & | * | |
| SCHULMAN, LLP, et al. | * | |
| | * | |
| Defendants | * | (Pretrial Management) |

**O R D E R**

This case is hereby referred to United States Magistrate Judge Irma Ramirez for pretrial management. All non-dispositive motions are referred to the magistrate judge for determination. All dispositive motions are referred to the magistrate judge for findings, conclusions, and recommendations. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

SO ORDERED.

DATED: August 24, 2006

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS