IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY, MANDEL & IOLA, L.L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3-06-CV-01442-H |
| v. | § | |
| | § | |
| MILBERG WEISS BERSHAD & | § | |
| SCHULMAN, L.L.P., JOHNSON & | § | "ECF" |
| PERKINSON, and GIRARD GIBBS, L.L.P., | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties who have appeared in this action, i.e., Plaintiff Stanley, Mandel & Iola, L.L.P., Defendant Milberg Weiss Bershad & Schulman LLP, Defendant Johnson & Perkinson, and Defendant Girard Gibbs LLP, hereby stipulate to the dismissal of this action WITH PREJUDICE.

Dated: October 6, 2006

LYNN TILLOTSON & PINKER, L.L.P.

By: _____
Jeffrey M. Tillotson, P.C.
Texas State Bar No. 20039200

750 N. St. Paul Street, Suite 1400
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
E-mail: jmt@lynnllp.com

Attorneys for Plaintiff Stanley, Mandel & Iola, L.L.P.

Stanley, Mandel & Iola LLP v. Milberg Weiss Bershad & Schulman LLP et al                                    Doc. 13

HUBBARD & BIEDERMAN, LLP

By: _____
Stephen L. Hubbard
Texas State Bar No. 10140500

1717 Main Street, Suite 4700
Dallas, Texas 75201
Telephone: (214) 857-6000
Facsimile: (214) 857-6001
E-mail: slhubbard@hblawfirm.com
E-mail: rwbiederman@hblawfirm.com

Attorneys for Defendants