IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| STANLEY, MANDEL & IOLA, LLP  * | |
| * | |
| Plaintiff  * | |
| v.  * | Civil No. 3:06-CV-1442-H |
| * | |
| MILBERG WEISS BERSHAD &  * | |
| SCHULMAN, LLP., et al.  * | |
| Defendants  * | |

# O R D E R

On October 6, 2006, the parties filed an Agreed Stipulation of Dismissal with prejudice. The Court is of the opinion that the Stipulation complies with the requirements of Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

Accordingly, the Stipulation of Dismissal is **APPROVED** and this case is **DISMISSED with prejudice.**

SO ORDERED.

DATED: October 10, 2006

_____
**BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**